1
2
3
4
5
6
7

Daniel Rapaport, Bar No. 67217
Thiele R. Dunaway, Bar No. 130953
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: drapaport@wendel.com

Attorneys for Plaintiff
KATHERINE EADE and HANNA EADE

**IT IS SO ORDERED**

*[signature]*

Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9/7/2011

8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA 94607*

12
13
14

KATHERINE EADE and HANNA EADE,

Plaintiffs,

vs.

15
16
17
18
19
20
21
22
23

F. WARREN WAYLAND; HAYASHI &
WAYLAND ACCOUNTING &
CONSULTING; KENNETH L. EADE,
JR.; WESLEY C. EADE; EADE RANCH
MANAGEMENT, INC., a California
corporation; LIVESTOCK SERVICE,
INC., a Delaware corporation;
BUTTERSPUR CATTLE FEEDERS,
INC., a California corporation;
BUTTERSPUR FEEDERS, LLC, a
California limited liability corporation;
EMCO INTERNATIONAL, INC., an
Arizona corporation; and NANCY GRAY
EADE, an individual ,

Defendants.

Case No. C11-03327 EJD

**STIPULATION TO EXTEND
DEFENDANTS' TIME TO RESPOND TO
COMPLAINT**

24
25
26
27
28

        Plaintiffs Katherine Eade and Hannah Eade ("Plaintiffs") and defendants F. Warren

Wayland, Hayashi & Wayland Accounting & Consulting, Kenneth L. Eade, Jr., Wesley C. Eade,

Livestock Service, Inc., Butterspur Cattle Feeders, Inc., Butterspur Feeders, LLC, EMCO

International, Inc., and Nancy Gray Eade hereby stipulate that Defendants shall have until

*STIPULATION TO EXTEND DEFENDANTS' TIME TO*
*RESPOND TO COMPLAINT - Case No. C11-03327 EJD*

September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of

Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting,

Injunctive Relief, Constructive Fraud And Constructive Trust.  The Parties hereto agree that this

stipulation shall not affect any of the other deadlines in this matter.


Dated: August _24_, 2011                          WENDEL, ROSEN, BLACK & DEAN LLP


By:_____
Daniel Rapaport
Attorneys for Plaintiff
KATHERINE EADE and HANNA EADE

Dated: August _____, 2011                          JENKINS, GOODMAN, NEWMAN &
HAMILTON LLP



By:_____
Tom Prountzos
Attorneys for Defendants
F. WARREN WAYLAND and HAYASHI
& WAYLAND ACCOUNTING &
CONSULTING

Dated: August _____, 2011                          HUNT, GALE, MEERCHAUM, ORDUNO &
HOSSLER



By:_____
John E. Meerchaum
Attorneys for Defendants BUTTERSPUR
CATTLE FEEDERS, INC., and
BUTTERSPUR FEEDERS, LLC

Dated: August _____, 2011                          NOLAND HAMERLY ETIENNE & HOSS



By:_____
Michael Masuda
Attorneys for Defendants
KENNETH L. EADE, JR., WESLEY C.
EADE, LIVESTOCK SERVICE, INC.,
EMCO INTERNATIONAL, INC., and
NANCY GRAY EADE

015911.0002\1958664.1

1    September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of

2    Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting,

3    Injunctive Relief, Constructive Fraud And Constructive Trust.  The Parties hereto agree that this

4    stipulation shall not affect any of the other deadlines in this matter.

5

6    Dated: August _____, 2011                    WENDEL, ROSEN, BLACK & DEAN LLP

7

8                                                 By:_____
9                                                    Daniel Rapaport
                                                     Attorneys for Plaintiff
10                                                   KATHERINE EADE and HANNA EADE

11   Dated: August 24, 2011                       JENKINS, GOODMAN, NEWMAN &
                                                  HAMILTON LLP
12

13                                                By:_____
14                                                   Tom Prountzos
                                                     Attorneys for Defendants
15                                                   F. WARREN WAYLAND and HAYASHI
                                                     & WAYLAND ACCOUNTING &
16                                                   CONSULTING

17   Dated: August _____, 2011                    HUNT, GALE, MEERCHAUM, ORDUNO &
                                                  HOSSLER
18

19                                                By:_____
20                                                   John E. Meerchaum
                                                     Attorneys for Defendants BUTTERSPUR
21                                                   CATTLE FEEDERS, INC., and
                                                     BUTTERSPUR FEEDERS, LLC
22   Dated: August _____, 2011                    NOLAND HAMERLY ETIENNE & HOSS

23

24                                                By:_____
                                                     Michael Masuda
25                                                   Attorneys for Defendants
                                                     KENNETH L. EADE, JR., WESLEY C.
26                                                   EADE, LIVESTOCK SERVICE, INC.,
                                                     EMCO INTERNATIONAL, INC., and
27                                                   NANCY GRAY EADE

28

*Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607*

1    September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of

2    Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting,

3    Injunctive Relief, Constructive Fraud And Constructive Trust.  The Parties hereto agree that this

4    stipulation shall not affect any of the other deadlines in this matter.

5

6    Dated: August _____, 2011                    WENDEL, ROSEN, BLACK & DEAN LLP

7

8                                                  By:_____

9                                                     Daniel Rapaport
                                                      Attorneys for Plaintiff
10                                                    KATHERINE EADE and HANNA EADE

11   Dated: August _____, 2011                    JENKINS, GOODMAN, NEWMAN &
                                                   HAMILTON LLP
12

13                                                 By:_____

14                                                    Tom Prountzos
                                                      Attorneys for Defendants
15                                                    F. WARREN WAYLAND and HAYASHI
                                                      & WAYLAND ACCOUNTING &
16                                                    CONSULTING

17   Dated: August 24, 2011                        HUNT, GALE, MEERCHAUM, ORDUNO &
                                                   HOSSLER
18

19                                                 By:_____

20                                                    John E. Meerchaum
                                                      Attorneys for Defendants BUTTERSPUR
21                                                    CATTLE FEEDERS, INC., and
                                                      BUTTERSPUR FEEDERS, LLC
22   Dated: August ____, 2011                      NOLAND HAMERLY ETIENNE & HOSS

23

24                                                 By:_____

25                                                    Michael Masuda
                                                      Attorneys for Defendants
26                                                    KENNETH L. EADE, JR., WESLEY C.
                                                      EADE, LIVESTOCK SERVICE, INC.,
27                                                    EMCO INTERNATIONAL, INC., and
                                                      NANCY GRAY EADE
28

1   September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of

2   Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting,

3   Injunctive Relief, Constructive Fraud And Constructive Trust.  The Parties hereto agree that this

4   stipulation shall not affect any of the other deadlines in this matter.

5

6   Dated: August _____, 2011                    WENDEL, ROSEN, BLACK & DEAN LLP

7

8                                                By:_____
                                                   Daniel Rapaport
9                                                  Attorneys for Plaintiff
                                                   KATHERINE EADE and HANNA EADE
10

11  Dated: August _____, 2011                    JENKINS, GOODMAN, NEWMAN &
                                                 HAMILTON LLP
12

13                                               By:_____
                                                   Tom Prountzos
14                                                 Attorneys for Defendants
                                                   F. WARREN WAYLAND and HAYASHI
15                                                 & WAYLAND ACCOUNTING &
                                                   CONSULTING
16

17  Dated: August _____, 2011                    HUNT, GALE, MEERCHAUM, ORDUNO &
                                                 HOSSLER
18

19                                               By:_____
                                                   John E. Meerchaum
20                                                 Attorneys for Defendants BUTTERSPUR
                                                   CATTLE FEEDERS, INC., and
21                                                 BUTTERSPUR FEEDERS, LLC

22  Dated: August 2_, 2011                       NOLAND HAMERLY ETIENNE & HOSS

23

24                                               By:_____
                                                   Michael Masuda
25                                                 Attorneys for Defendants
                                                   KENNETH L. EADE, JR., WESLEY C.
26                                                 EADE, LIVESTOCK SERVICE, INC.,
                                                   EMCO INTERNATIONAL, INC., and
27                                                 NANCY GRAY EADE

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607