1  Daniel Rapaport, Bar No. 67217
   Thiele R. Dunaway, Bar No. 130953
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, California 94607
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928
   Email: drapaport@wendel.com
5
   Attorneys for Plaintiff
6  KATHERINE EADE and HANNA EADE

7

*IT IS SO ORDERED*
*Judge Edward J. Davila*
9/7/2011

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | KATHERINE EADE and HANNA EADE, | Case No. C11-03327 EJD
13 |         Plaintiffs,            | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**
14 | vs.                            |
15 | F. WARREN WAYLAND; HAYASHI & WAYLAND ACCOUNTING & CONSULTING; KENNETH L. EADE, JR.; WESLEY C. EADE; EADE RANCH MANAGEMENT, INC., a California corporation; LIVESTOCK SERVICE, INC., a Delaware corporation; BUTTERSPUR CATTLE FEEDERS, INC., a California corporation; BUTTERSPUR FEEDERS, LLC, a California limited liability corporation; EMCO INTERNATIONAL, INC., an Arizona corporation; and NANCY GRAY EADE, an individual,
22 |         Defendants.            |

25  Plaintiffs Katherine Eade and Hannah Eade ("Plaintiffs") and defendants F. Warren
26  Wayland, Hayashi & Wayland Accounting & Consulting, Kenneth L. Eade, Jr., Wesley C. Eade,
27  Livestock Service, Inc., Butterspur Cattle Feeders, Inc., Butterspur Feeders, LLC, EMCO
28  International, Inc., and Nancy Gray Eade hereby stipulate that Defendants shall have until

1  September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of
2  Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting,
3  Injunctive Relief, Constructive Fraud And Constructive Trust. The Parties hereto agree that this
4  stipulation shall not affect any of the other deadlines in this matter.

5

6  Dated: August 24, 2011                WENDEL, ROSEN, BLACK & DEAN LLP

7

8                                          By: _____
9                                              Daniel Rapaport
                                               Attorneys for Plaintiff
10                                             KATHERINE EADE and HANNA EADE

11  Dated: August ____, 2011              JENKINS, GOODMAN, NEWMAN &
                                          HAMILTON LLP
12

13                                          By: _____
14                                              Tom Prountzos
                                               Attorneys for Defendants
15                                             F. WARREN WAYLAND and HAYASHI
                                               & WAYLAND ACCOUNTING &
16                                             CONSULTING

17  Dated: August ____, 2011              HUNT, GALE, MEERCHAUM, ORDUNO &
                                          HOSSLER
18

19                                          By: _____
20                                              John E. Meerchaum
                                               Attorneys for Defendants BUTTERSPUR
21                                             CATTLE FEEDERS, INC., and
                                               BUTTERSPUR FEEDERS, LLC
22  Dated: August ____, 2011              NOLAND HAMERLY ETIENNE & HOSS
23

24                                          By: _____
                                               Michael Masuda
25                                             Attorneys for Defendants
                                               KENNETH L. EADE, JR., WESLEY C.
26                                             EADE, LIVESTOCK SERVICE, INC.,
                                               EMCO INTERNATIONAL, INC., and
27                                             NANCY GRAY EADE

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

1  September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of
2  Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting,
3  Injunctive Relief, Constructive Fraud And Constructive Trust. The Parties hereto agree that this
4  stipulation shall not affect any of the other deadlines in this matter.

5

6  Dated: August _____, 2011                    WENDEL, ROSEN, BLACK & DEAN LLP

7

8                                              By:_____
9                                                 Daniel Rapaport
                                                  Attorneys for Plaintiff
10                                                KATHERINE EADE and HANNA EADE

11 Dated: August 24, 2011                       JENKINS, GOODMAN, NEWMAN &
                                                HAMILTON LLP
12

13                                              By:_____
14                                                 Tom Prountzos
                                                   Attorneys for Defendants
15                                                 F. WARREN WAYLAND and HAYASHI
                                                   & WAYLAND ACCOUNTING &
16                                                 CONSULTING

17 Dated: August _____, 2011                    HUNT, GALE, MEERCHAUM, ORDUNO &
                                                HOSSLER
18

19
                                                By:_____
20                                                 John E. Meerchaum
                                                   Attorneys for Defendants BUTTERSPUR
21                                                 CATTLE FEEDERS, INC., and
                                                   BUTTERSPUR FEEDERS, LLC
22 Dated: August _____, 2011                    NOLAND HAMERLY ETIENNE & HOSS
23

24                                              By:_____
                                                   Michael Masuda
25                                                 Attorneys for Defendants
                                                   KENNETH L. EADE, JR., WESLEY C.
26                                                 EADE, LIVESTOCK SERVICE, INC.,
                                                   EMCO INTERNATIONAL, INC., and
27                                                 NANCY GRAY EADE
28

| | |
|---|---|
| 1  September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of | |
| 2  Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting, | |
| 3  Injunctive Relief, Constructive Fraud And Constructive Trust. The Parties hereto agree that this | |
| 4  stipulation shall not affect any of the other deadlines in this matter. | |

Dated: August _____, 2011                  WENDEL, ROSEN, BLACK & DEAN LLP


By:_____
   Daniel Rapaport
   Attorneys for Plaintiff
   KATHERINE EADE and HANNA EADE

Dated: August _____, 2011                  JENKINS, GOODMAN, NEWMAN &
                                           HAMILTON LLP


By:_____
   Tom Prountzos
   Attorneys for Defendants
   F. WARREN WAYLAND and HAYASHI
   & WAYLAND ACCOUNTING &
   CONSULTING

Dated: August 24, 2011                     HUNT, GALE, MEERCHAUM, ORDUNO &
                                           HOSSLER


By:_____
   John E. Meerchaum
   Attorneys for Defendants BUTTERSPUR
   CATTLE FEEDERS, INC., and
   BUTTERSPUR FEEDERS, LLC

Dated: August _____, 2011                  NOLAND HAMERLY ETIENNE & HOSS


By:_____
   Michael Masuda
   Attorneys for Defendants
   KENNETH L. EADE, JR., WESLEY C.
   EADE, LIVESTOCK SERVICE, INC.,
   EMCO INTERNATIONAL, INC., and
   NANCY GRAY EADE

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

September 28, 2011, to file and serve their responses to Plaintiffs' Complaint For Breach Of Fiduciary Duty, Fraud, Negligence, Rescission, Appointment Of Receiver, Accounting, Injunctive Relief, Constructive Fraud And Constructive Trust. The Parties hereto agree that this stipulation shall not affect any of the other deadlines in this matter.

Dated: August ____, 2011          WENDEL, ROSEN, BLACK & DEAN LLP

                                  By:_____
                                  Daniel Rapaport
                                  Attorneys for Plaintiff
                                  KATHERINE EADE and HANNA EADE

Dated: August ____, 2011          JENKINS, GOODMAN, NEWMAN &
                                  HAMILTON LLP


                                  By:_____
                                  Tom Prountzos
                                  Attorneys for Defendants
                                  F. WARREN WAYLAND and HAYASHI
                                  & WAYLAND ACCOUNTING &
                                  CONSULTING

Dated: August ____, 2011          HUNT, GALE, MEERCHAUM, ORDUNO &
                                  HOSSLER



                                  By:_____
                                  John E. Meerchaum
                                  Attorneys for Defendants BUTTERSPUR
                                  CATTLE FEEDERS, INC., and
                                  BUTTERSPUR FEEDERS, LLC

Dated: August 2_, 2011            NOLAND HAMERLY ETIENNE & HOSS

                                  By:_____
                                  Michael Masuda
                                  Attorneys for Defendants
                                  KENNETH L. EADE, JR., WESLEY C.
                                  EADE, LIVESTOCK SERVICE, INC.,
                                  EMCO INTERNATIONAL, INC., and
                                  NANCY GRAY EADE