UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE EADE and
HANNAH EADE
          Plaintiff(s),

v.

F. WARREN WAYLAND, et al.
          Defendant(s).
_____/

CASE NO. C11-03327 EJD

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

- ☒ Private ADR *(please identify process and provider)* Mediation; JAMS

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline February 29, 2012

Dated: 12-2-11                                     [signature]
                                                                Attorney for Plaintiffs

Dated: 12-2-11                                     /s/ Michael Masuda
                                                                Attorney for Defendants

Dated: 12-2-11                                     /s/ Tom Prountzos
                                                                Attorney for Defendants

Dated: _____
                                                               Attorney for Defendants

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE EADE and
HANNAH EADE
        Plaintiff(s),

v.

F. WARREN WAYLAND, et al.
        Defendant(s).

CASE NO. C11-03327 EJD

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR (*please identify process and provider*) Mediation; JAMS

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline February 29, 2012

Dated:_____          _____
                                                                 Attorney for Plaintiffs

Dated:_____          _____
                                                                 Attorney for Defendants

Dated:_____

Dated:_____          Attorney for Defendants
                                                                 Attorney for Defendants

American LegalNet, Inc.
www.USCourtForms.com

015911.0002\2152863.1

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  February 29, 2012

IT IS SO ORDERED.

Dated: December 6, 2011

_____
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA