Michael Masuda (State Bar No. 129313)
Leslie E. Finnegan (State Bar No. 136030)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone:   (831) 424-1414
Facsimile:    (831) 424-1975

Attorneys for Defendants KENNETH L. EADE, JR.
and LIVESTOCK SERVICE, INC.,

IT IS SO ORDERED
Judge Edward J. Davila
1/4/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KATHERINE EADE and HANNAH EADE,

　　　　　　Plaintiff,

vs.

F. WARREN WAYLAND; HAYASHI & WAYLAND ACCOUNTING & CONSULTING; KENNETH L. EADE JR.; WESLEY C. EADE; EADE RANCH MANAGEMENT, INC., a California corporation; LIVESTOCK SERVICE, INC., a Delaware corporation; BUTTERSPUR CATTLE FEEDERS, INC., a California corporation; BUTTERSPUR FEEDERS, LLC, a California limited liability corporation; EMCO INTERNATIONAL, INC., an Arizona corporation; and NANCY GRAY EADE, an individual,

　　　　　　Defendants.

Case No. C11-03327 EJD

**STIPULATION FOR SUBSTITUTION OF ATTORNEYS**

　　　　IT IS HEREBY STIPULATED and consented that John E. Meerchaum of Hunt, Gale, Meerchaum, Orduño & Hossler, 330 West 24th Street, Yuma, Arizona 85364; Telephone (928) 783-0101; Facsimile (928) 783-2788, be and hereby are substituted in place and instead of Michael Masuda, of Noland, Hamerly, Etienne & Hoss, Post Office Box 2510, Salinas, CA

20611\000\493079.1\:113011

1

1  93902-2510; as attorneys for Defendants WESLEY C. EADE, NANCY GRAY EADE, and
2  EMCO INTERNATIONAL, INC. in this action and that this substitution be entered into effect
3  without further notice.

4      We stipulate to the substitution:

5  Dated: December 29, 2011

6  WESLEY C. EADE

7  Dated: December 29, 2011

8  NANCY GRAY EADE

9  Dated: December 29, 2011

10  EMCO INTERNATIONAL, INC.

11  By: _____
12      Wesley C. Eade

13      We consent to the substitution.
14  Dated: November 30, 2011

    NOLAND, HAMERLY, ETIENNE & HOSS
    A Professional Corporation

By: _____
    Michael Masuda
    Attorneys for Defendants KENNETH L.
    EADE, JR. & LIVESTOCK SERVICE, INC.

19      We accept the substitution.
20  Dated: December 29, 2011

    HUNT, GALE, MEERCHAUM, ORDUÑO &
    HOSSLER

By: _____
    John E. Meerchaum
    Attorneys for Defendants WESLEY C.
    EADE, NANCY GRAY EADE and EMCO
    INTERNATIONAL, INC.

20611\000\493079.1\:113011

2

STIPULATION FOR SUBSTITUTION OF ATTORNEY

NOLAND, HAMERLY, ETIENNE & HOSS
ATTORNEYS AT LAW
SALINAS, CALIFORNIA