1  Michael Masuda (State Bar No. 129313)
   Leslie E. Finnegan (State Bar No. 136030)
2  NOLAND, HAMERLY, ETIENNE & HOSS
   A Professional Corporation
3  333 Salinas Street
   Post Office Box 2510
4  Salinas, California 93902-2510
   Telephone:   (831) 424-1414
5  Facsimile:   (831) 424-1975

6  Attorneys for Defendants KENNETH L. EADE, JR.
   and LIVESTOCK SERVICE, INC.,

IT IS SO ORDERED
Judge Edward J. Davila
1/4/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE EADE and HANNAH EADE,<br><br>Plaintiff,<br><br>vs.<br><br>F. WARREN WAYLAND; HAYASHI & WAYLAND ACCOUNTING & CONSULTING; KENNETH L. EADE JR.; WESLEY C. EADE; EADE RANCH MANAGEMENT, INC., a California corporation; LIVESTOCK SERVICE, INC., a Delaware corporation; BUTTERSPUR CATTLE FEEDERS, INC., a California corporation; BUTTERSPUR FEEDERS, LLC, a California limited liability corporation; EMCO INTERNATIONAL, INC., an Arizona corporation; and NANCY GRAY EADE, an individual,<br><br>Defendants. | Case No. C11-03327 EJD<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |

IT IS HEREBY STIPULATED and consented that John E. Meerchaum of Hunt, Gale, Meerchaum, Orduño & Hossler, 330 West 24th Street, Yuma, Arizona 85364; Telephone (928) 783-0101; Facsimile (928) 783-2788, be and hereby are substituted in place and instead of Michael Masuda, of Noland, Hamerly, Etienne & Hoss, Post Office Box 2510, Salinas, CA

20611\000\493079.1\:113011                         1

1  93902-2510; as attorneys for Defendants WESLEY C. EADE, NANCY GRAY EADE, and
2  EMCO INTERNATIONAL, INC. in this action and that this substitution be entered into effect
3  without further notice.
4      We stipulate to the substitution:

5  Dated: December 29, 2011 ~~November __, 2011~~

6                                              WESLEY C. EADE

7  Dated: December 29, 2011 ~~November __, 2011~~

8                                              NANCY GRAY EADE

9  Dated: December 29, 2011 ~~September 28, 2011~~
10                                             EMCO INTERNATIONAL, INC.

11
12  By: _____
        Wesley C. Eade

13      We consent to the substitution.
14  Dated: November 30, 2011
                                                NOLAND, HAMERLY, ETIENNE & HOSS
15                                              A Professional Corporation
16
17  By: _____
        Michael Masuda
18      Attorneys for Defendants KENNETH L.
        EADE, JR. & LIVESTOCK SERVICE, INC.

19      We accept the substitution.
20  Dated: November __, 2011                    HUNT, GALE, MEERCHAUM, ORDUÑO &
                                                HOSSLER
21  December 29, 2011
22
23  By: _____
        John E. Meerchaum
24      Attorneys for Defendants WESLEY C.
        EADE, NANCY GRAY EADE and EMCO
25      INTERNATIONAL, INC.
26
27
28
    20611\000\493079.1\:113011                  2

STIPULATION FOR SUBSTITUTION OF ATTORNEY

NOLAND, HAMERLY, ETIENNE & HOSS
ATTORNEYS AT LAW
SALINAS, CALIFORNIA