Daniel Rapaport, Bar No. 67217
Thiele R. Dunaway, Bar No. 130953
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: drapaport@wendel.com

Attorneys for Plaintiff
KATHERINE EADE and HANNAH EADE

IT IS SO ORDERED
Judge Edward J. Davila
5/2/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KATHERINE EADE and HANNAH EADE,

    Plaintiffs,

vs.

F. WARREN WAYLAND; HAYASHI & WAYLAND ACCOUNTING & CONSULTING; KENNETH L. EADE, JR.; WESLEY C. EADE; EADE RANCH MANAGEMENT, INC., a California corporation; LIVESTOCK SERVICE, INC., a Delaware corporation; BUTTERSPUR CATTLE FEEDERS, INC., a California corporation; BUTTERSPUR FEEDERS, LLC, a California limited liability corporation; EMCO INTERNATIONAL, INC., an Arizona corporation; and NANCY GRAY EADE, an individual,

    Defendants.

Case No. C11-03327 EJD

**STIPULATION FOR DISMISSAL**
**(F.R.C.P. Rule 41)**

On July 7, 2011 plaintiffs filed their Complaint for Breach of Fiduciary Duty, Fraud, Negligence, Rescission, Appointment of Receiver, Accounting, Injunctive Relief, Constructive Fraud and Constructive Trust. On March 31, 2012, the Court granted defendants' Motion to Join and Align Parties and Granting in Part Defendants' Motion to Dismiss. Finding that alignment of

parties destroyed diversity of citizenship and therefore jurisdiction and that an alternative state forum exists, the Court dismissed all but the Fourth Claim for Relief without prejudice.

The parties having met and conferred through counsel have agreed that maintaining the dispute in two forums is inefficient and a waste of the parties' and the Court's resources.

The parties hereby stipulate that all the dismissed claims in this action may be filed in the appropriate California Superior Court and that this Court's dismissal was not on the merits of the claims.

Plaintiffs hereby dismiss without prejudice the Fourth Claim for relief.

Each party in this proceeding to bear their own costs and attorneys' fees.
The Clerk shall close this file.

Dated: April 30, 2012          WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ Daniel Rapaport
Daniel Rapaport
Attorneys for Plaintiff
KATHERINE EADE and HANNAH EADE

Dated: April 27, 2012          GOODMAN NEUMAN & HAMILTON LLP

By: /s/
Tom Prountzos
Attorneys for Defendants F. Warren Wayland and Hayashi & Wayland Accounting & Consulting

Dated: April ____, 2012        HUNT, GALE, MEERCHAUM, ORDUNO & HOSSLER

By: _____
John E. Meerchaum
Attorneys for Defendants F. Warren Wayland and Hayashi & Wayland Accounting & Consulting

parties destroyed diversity of citizenship and therefore jurisdiction and that an alternative state forum exists, the Court dismissed all but the Fourth Claim for Relief without prejudice.

The parties having met and conferred through counsel have agreed that maintaining the dispute in two forums is inefficient and a waste of the parties' and the Court's resources.

The parties hereby stipulate that all the dismissed claims in this action may be filed in the appropriate California Superior Court and that this Court's dismissal was not on the merits of the claims.

Plaintiffs hereby dismiss without prejudice the Fourth Claim for relief.

Each party in this proceeding to bear their own costs and attorneys' fees.

Dated: April \_\_\_\_\_, 2012          WENDEL, ROSEN, BLACK & DEAN LLP


By:_____
  Daniel Rapaport
  Attorneys for Plaintiff
  KATHERINE EADE and HANNAH
  EADE

Dated: April \_\_\_\_\_, 2012          GOODMAN NEUMAN & HAMILTON LLP


By:_____
  Tom Prountzos
  Attorneys for Defendants F. Warren
  Wayland and Hayashi & Wayland
  Accounting & Consulting

Dated: April 27, 2012          HUNT, GALE, MEERCHAUM, ORDUNO & HOSSLER


By:_____
  John E. Meerchaum
  Attorneys for Defendants F. Warren
  Wayland and Hayashi & Wayland
  Accounting & Consulting

1  Dated: April 15, 2012           GRUNKY, EBEY, FARRAR & HOWELL

By: _____
Frederick H. Ebey
Attorneys for Defendants
Livestock Service, Inc., Kenneth L. Eade, Jr.