Daniel Rapaport, Bar No. 67217
Thiele R. Dunaway, Bar No. 130953
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: drapaport@wendel.com

Attorneys for Plaintiff
KATHERINE EADE and HANNAH EADE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA IT IS SO ORDERED Judge Edward J. Davila

5/2/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

KATHERINE EADE and HANNAH EADE,

Plaintiffs,

vs.

F. WARREN WAYLAND; HAYASHI & WAYLAND ACCOUNTING & CONSULTING; KENNETH L. EADE, JR.; WESLEY C. EADE; EADE RANCH MANAGEMENT, INC., a California corporation; LIVESTOCK SERVICE, INC., a Delaware corporation; BUTTERSPUR CATTLE FEEDERS, INC., a California corporation; BUTTERSPUR FEEDERS, LLC, a California limited liability corporation; EMCO INTERNATIONAL, INC., an Arizona corporation; and NANCY GRAY EADE, an individual ,

Defendants.

Case No. C11-03327 EJD

**STIPULATION FOR DISMISSAL (F.R.C.P. Rule 41)**

On July 7, 2011 plaintiffs filed their Complaint for Breach of Fiduciary Duty, Fraud, Negligence, Rescission, Appointment of Receiver, Accounting, Injunctive Relief, Constructive Fraud and Constructive Trust. On March 31, 2012, the Court granted defendants' Motion to Join and Align Parties and Granting in Part Defendants' Motion to Dismiss. Finding that alignment of

parties destroyed diversity of citizenship and therefore jurisdiction and that an alternative state forum exists, the Court dismissed all but the Fourth Claim for Relief without prejudice.

The parties having met and conferred through counsel have agreed that maintaining the dispute in two forums is inefficient and a waste of the parties' and the Court's resources.

The parties hereby stipulate that all the dismissed claims in this action may be filed in the appropriate California Superior Court and that this Court's dismissal was not on the merits of the claims.

Plaintiffs hereby dismiss without prejudice the Fourth Claim for relief.

Each party in this proceeding to bear their own costs and attorneys' fees.

The Clerk shall close this file.

Dated: April 30, 2012

WENDEL, ROSEN, BLACK & DEAN LLP

By: [signature]
Daniel Rapaport
Attorneys for Plaintiff
KATHERINE EADE and HANNAH EADE

Dated: April 27, 2012

GOODMAN NEUMAN & HAMILTON LLP

By: [signature]
Tom Prountzos
Attorneys for Defendants F. Warren Wayland and Hayashi & Wayland Accounting & Consulting

Dated: April _____, 2012

HUNT, GALE, MEERCHAUM, ORDUNO & HOSSLER

By:_______________
John E. Meerchaum
Attorneys for Defendants F. Warren Wayland and Hayashi & Wayland Accounting & Consulting

parties destroyed diversity of citizenship and therefore jurisdiction and that an alternative state forum exists, the Court dismissed all but the Fourth Claim for Relief without prejudice.

The parties having met and conferred through counsel have agreed that maintaining the dispute in two forums is inefficient and a waste of the parties' and the Court's resources.

The parties hereby stipulate that all the dismissed claims in this action may be filed in the appropriate California Superior Court and that this Court's dismissal was not on the merits of the claims.

Plaintiffs hereby dismiss without prejudice the Fourth Claim for relief.

Each party in this proceeding to bear their own costs and attorneys' fees.

Dated: April _____, 2012

WENDEL, ROSEN, BLACK & DEAN LLP

By:______________________
Daniel Rapaport
Attorneys for Plaintiff
KATHERINE EADE and HANNAH EADE

Dated: April _____, 2012

GOODMAN NEUMAN & HAMILTON LLP

By:______________________
Tom Prountzos
Attorneys for Defendants F. Warren Wayland and Hayashi & Wayland Accounting & Consulting

Dated: April 27, 2012

HUNT, ~~GALE, MEERCHAUM~~, ORDUNO & HOSSLER

By:______________________
John E. Meerchaum
Attorneys for Defendants F. Warren Wayland and Hayashi & Wayland Accounting & Consulting

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

Dated: April 25, 2012

GRUNSKY, EBEY, FARRAR & HOWELL

By: [signature]
Frederick H. Ebey
Attorneys for Defendants
Livestock Service, Inc. , Kenneth L. Eade, Jr.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607